JOHN H. COOPER, Appellant, v. ROGER J. DORN and Others, Individually and as Copartners, etc., Respondents.— Order reversed, with ten dollars costs and disbursements, and motion to change place of trial denied, with ten dollars costs. In view of the present condition of the contract calendar in New York county the ends of justice would not be promoted by changing the place of trial. Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ., concur.

WILLIAM F. DeBOESCHE, Respondent, v. WESTERN UNION TELEGRAPH COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

WILLARD L. EAMES, Respondent, v. ROBINS DRY DOCK AND REPAIR COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

KATE FRIEDHEIM, Appellant, v. DANIEL FRIEDHEIM, Respondent.— Order affirmed, without costs. No opinion. Blackmar, P. J., Mills, Rich, Jaycox and Manning, JJ., concur.

ALEC FISHER, Respondent, v. T. HOGAN & SONS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.

F. WM. GERTZEN COMPANY, Respondent, v. THE RUSSIAN VOLUNTEER FLEET and IVAN V. SHESTACOVSKY, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Manning, JJ.